IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00661-CMA-MEH

JENNIFER L. ROY,

    Plaintiff,

v.

ATLAS CONSTRUCTION SUPPLY, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 19, 2011.**

    The Parties' Stipulated Motion for Entry of Protective Order [filed September 16, 2011; docket #26] is **granted**. The proposed Protective Order is accepted, issued and filed contemporaneously with this minute order.